USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

VANESSA HILL, et al.,

               Plaintiffs,    :    06 Civ. 10197 (LTS)(HBP)

   -against-

                                ORDER

GRISTEDE'S OPERATING CORP.,
et al.,

               Defendants.

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        A conference having been held in this matter on July 6, 2007 during which various discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

        1. Since it appears that it can be accomplished without undue burden and expense, defendant is directed to produce the data from the ABRA system that it previously produce in PDF form in EXCEL or another format that can be read and analyzed by computer. Unless counsel agree on a different deadline, no later than July 13, 2007, information technology personnel representing plaintiff and defendant are to confer either in person or by telephone and attempt to formulate a procedure to accomplish the foregoing.

   2.  No later than July 20, 2007, defendant shall provide plaintiffs with both the filed headings and the data dictionary for all data previously produced.

   3.  Plaintiffs' motion for re-argument (Docket Item 36) is granted.  No later than August 6, 2007, defendant shall produce the employment histories for defendants' employees for the class period, *i.e.*, the job titles, dates the positions were held and description of duties of each listed job title.  To the extent documents containing responsive information exist in electronic format, they shall be produced in electric format.  To the extent that documents in electronic format are produced in response to this paragraph, defendant need not produce paper documents that contain the same information.

Dated:  New York, New York
        July 9, 2007

                                    SO ORDERED

                                    _____
                                    HENRY PITMAN
                                    United States Magistrate Judge

Copies transmitted to:

Piper Hoffman, Esq.
Cara E. Greene, Esq.
Outten & Golden LLP
29th Floor
3 Park Avenue
New York, New York  10016

Kevin J. Nash, Esq.
Sarit Shmulevitz, Esq.
Finkel Goldstein Rosenbloom
    & Nash, LLP
Suite 711
26 Broadway
New York, New York  10004